UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-30177-KPN

| | |
|---|---|
| THERESA COFSKE,<br>Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| TOWN OF WARE CONSERVATION<br>COMMISSION, JOEL HARDER, TRAVIS<br>NICOSON, ROGER BOUCHARD and<br>JOHN MOTYKA,<br>Defendants | )<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendants, Town of Ware Conservation Commission, Joel Harder, Travis Nicoson, Roger Bouchard and John Motyka, with regard to the above-captioned matter.

MORRISON MAHONEY LLP

_____
Carole Sakowski Lynch, BBO#547718
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387
(413) 737-4373
(413) 739-3125 (Fax)

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 9/22/05